AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  1/10/2008 |
| NAME OF SERVER *(PRINT)*  Frances D. Anglero | TITLE  Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
    Certified Mail upon the United States Post Office located at U.S. Department of Justice
    950 Pennsylvania Avenue, NW, Washington, DC 20530

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    1/10/2008      s/Frances D. Anglero
                  Date             *Signature of Server*    Frances D. Anglero

                                            Brentwood NY 11717
                                            *Address of Server*

Sworn to before me this
10th day of January, 2008

s/Sharon L. Noonan
Notary Public

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

◎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1/10/2008 |
| NAME OF SERVER (PRINT) Frances D. Anglero | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
    Certified Mail upon the United States Post Office located at
    560 Huyler Street, S. Hackensack, NJ 07606

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    1/10/2008       s/Frances D. Anglero
                 Date              *Signature of Server*

                           Brentwood, New York 11717
                           *Address of Server*

Sworn to before this
10th day of January, 2008

s/Sharon L. Noonan
Notary Public

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  1/10/2008 |
| NAME OF SERVER *(PRINT)*  Frances D. Anglero | TITLE  Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
    Certified Mail upon the Civil Process Clerk at the Office of the United States Attorney located at 970 Broad Street, Newark, New Jersey 01702

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    1/10/2008      s/Frances D. Anglero
                     Date                *Signature of Server*

                         Brentwood, New York  11717
                         *Address of Server*

Sworn to before this
10th day of January, 2008

s/Sharon L. Noonan
Notary Public

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.