

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



86 Chambers Street
New York, New York 10007

March 14, 2008

BY REGULAR MAIL
Hon. William C. Conner
United States District Judge
United States Courthouse
300 Quarropas St., Room 630
White Plains, NY 10601

                        Re:    Fellner v. United States of America,
                                  08 Civ. 00013 (WCC)

Dear Judge Conner:

      This Office represents the defendant in the above-referenced action. Plaintiff's complaint was filed January 2, 2008, and plaintiff attempted to effectuate service on January 10, 2008. However, it appears that the plaintiff inadvertently served the United States Attorney's Office for the District of New Jersey rather than this Office (as required by Fed. R. Civ. P. 4(i)(1)(A)), and as a result this Office was not aware of this lawsuit, and did not receive a copy of the complaint, until March 7, 2008.

      The Government does not contest service but, given that this Office was not aware of this lawsuit until recently, and that the time to answer has not yet technically begun to run because of the deficient service, the Government respectfully requests sixty days, until May 13, 2008, to answer or otherwise respond to the complaint.

      I thank the Court for its consideration of this request.

                                                    Respectfully,

                                                    MICHAEL J. GARCIA
                                                    United States Attorney for the
                                                    Southern District of New York

                          By:        _____
                                        DAVID BOBER
                                        Assistant United States Attorney
                                        (212) 637-2718

*Request approved*
*So Ordered March 19, 2008*

*William C. Conner*
*Sr. U.S.D.J.*

cc:    Jeffrey T. Heller, Esq. (via regular mail)

COPIES MAILED TO COUNSEL OF RECORD